Edward J. Maney, Esq. #012256
P.O. Box 10434
Phoenix, Arizona 85064
(602) 277-3776 Ext. 213
CHAPTER 13 TRUSTEE
ejm@maney13trustee.com

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | In Proceedings Under Chapter 13 |
|---|---|
| JOHN RONALD BREMIGAN | Case No. 2:09-BK-03638-GBN |
| and | **ORDER DISMISSING CASE** |
| PAMELA JEANNE BREMIGAN, | |
| Debtors. | |

It having been shown to the Court that the Debtor(s) has failed to comply with the Court requirement concerning:

**Failure to fully comply with the Trustee's Recommendation dated February 8, 2010 and submission of the Stipulated Order Confirming Chapter 13 Plan or set a hearing before the Court. As of the date of this Order Dismissing Case, no current Motions to Extend Time appear on the Court Docket and these items(s) have not been addressed and plan payments are delinquent $0.00.**

**IT IS SO ORDERED**,

1. This case is dismissed and the Clerk of the Court will give notice of the dismissal to all creditors:

2. A Motion to Reinstate the case may be granted without a hearing if the Trustee approves the proposed reinstatement order. If the Trustee does not approve reinstatement of the case, the matter may be set for hearing upon the Debtor(s)' motion. The Court may set a hearing on the Debtor(s)' motion to reinstate on the request of an interested party who had joined the Trustee's request for dismissal;

3. Pursuant to 28 U.S.C. §586(e)(2), the Trustee shall be paid his percentage fee from

| | | |
|---|---|---|
| 1 | | all payments received from the Debtor(s); |
| 2 | 4. | After payment of the Trustee's percentage fee, the Trustee will retain the Debtor(s)' funds pending Court approval of the payment of administrative expenses of the Debtor(s)' attorney. If the Debtor(s)' Chapter 13 Plan contained an Application for Payment of Administrative Expenses to the Debtor(s)' attorney and no party filed an objection to the Application, then the debtor(s)' attorney may lodge an Order approving the Application within ten(10) days after the Court enters this Dismissal Order. Alternatively, the debtor(s)' attorney has ten(10) days from the Court entering this dismissal Order to file a separate fee application; |
| 10 | 5. | If the court previously entered a payroll deduction order on one or both of the debtors' wages, then the Court vacates that order: and |
| 12 | 6. | Except as may be stated herein, all pending adversary proceedings contested matters, and administrative hearings related to this case are vacated. |

## ORDER SIGNED ABOVE

COPIES of the foregoing mailed
See Electronic Signature:

Ronald J. Ellett, Esq.
Ellett Law Office, P.C.
2999 North 44th Street, Suite 330
Phoenix, Arizona 85018

John & Pamela Bremigan
1929 N. 104th Lane
Avondale, AZ 85018

_____